🗒 ORIGINAL

WATSON, FARLEY & WILLIAMS (NEW YORK) LLP
Counsel for Plaintiff
100 Park Avenue, 31st Floor
New York, NY 10017
Tel: (212) 922-2200
Fax: (212) 922-1512

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTRAMET TRADING S.A.,

               Plaintiff,

- against -

EGYPTIAN AMERICAN STEEL ROLLING
COMPANY,

               Defendant,

07 CV 6379 ( ) Berman

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Neil A. Quartaro, a member of the Bar of this Court and an attorney with the firm of Watson, Farley & Williams (New York) LLP, attorneys for Plaintiff CENTRAMET TRADING S.A., certify upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the parties which are otherwise publicly held in the United States.

Dated: New York, New York
       July 12, 2007

                                WATSON, FARLEY & WILLIAMS (NEW YORK) LLP

                        By: _/s/_____
                              Alfred E. Yudes (AEY-4152)
                              Neil A. Quartaro (NAQ-9640)
                              100 Park Avenue, 31st Floor
                              New York, NY 10017
                              Tel: (212) 922-2200
                              Fax: (212) 922-1512

1

19090469 v1