GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◦†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◦ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
530 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

**MEMO ENDORSED**

[Handwritten note: "That schedule seems workable assuming the parties have not settled which would be preferable. Conference on 9/27/07 @ 3:00 P.M."]

September 5, 2007

OUR REF: 377-07/MEU/LJK

SO ORDERED:
Date: 9/5/07
Richard M. Berman, U.S.D.J.

By Hand
The Hon. Richard M. Berman
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, NY 10007

Re:  Centramet Trading S.A. v. Egyptian American Steel Rolling Co.
     07 CIV 6379 (RMB)

Dear Judge Berman:

We represent Defendant Egyptian American Steel Rolling Co. ("EASROC") in this matter. We write to request that the Court waive its requirement for a pre-motion conference in connection with EASROC's application pursuant to Rule E to vacate or reduce the maritime attachment issued in favor of Plaintiff Centramet Trading S.A. ("Centramet").

Pursuant to Local Admiralty Rule E.1, EASROC is entitled to move for this relief by Order to Show Cause and to have a hearing within three court days (or as the Court may otherwise direct). Following our telephone conference with chambers late last week, we understand that the Court is available to hold a hearing with respect to EASROC's application on the afternoon of September 27, 2007.

We have conferred with counsel for Plaintiff and have agreed, should the Court consent, to the following motion schedule: Defendant's motion to be filed and served on or before September 5, 2007; Plaintiff's response to be filed and served on or before September 17, 2007; Defendant's reply to be filed and served on or before September 21, 2007.

In anticipation of the Court's consent, we enclose herewith courtesy copies of Defendants' moving papers, filed earlier today.

NYDOCS1/289554.1

[Stamp: RECEIVED SEP 05 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.]

The Hon. Richard M. Berman
September 5, 2007
Page 2

      We thank the Court for its attention to this matter and for its consideration of this application.

                                    Respectfully submitted,

                                    FREEHILL HOGAN & MAHAR LLP

                                    Michael E. Unger
                                    Lawrence J. Kahn

Enclosure
LJK

cc:      By Email: nquartaro@wfw.com
          Neil A. Quartaro, Esq.
          Watson Farley & Williams (New York) LLP
          100 Park Avenue, 31st Floor
          New York, NY 10017