UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTRAMET TRADING S.A.,

                      Plaintiff,

- against -

EGYPTIAN AMERICAN STEEL ROLLING COMPANY,

                      Defendant,

07 CIV 6379 (RMB)

**STIPULATION**

Plaintiff Centramet Trading, S.A., and Defendant Egyptian American Steel Rolling Company, through their undersigned counsel, do hereby stipulate, subject to the review and endorsement of the Court, that the briefing schedule for Defendant Egyptian American Steel Rolling Company's Motion to Vacate Attachment, set forth below as currently agreed:

| Filing | Date |
| --- | --- |
| Plaintiff's Answering Brief | Monday, September 17, 2007 |
| Defendant's Reply Brief | Friday, September 21, 2007 |

be modified as follows:

| Filing | Date |
| --- | --- |
| Plaintiff's Answering Brief | Tuesday, September 18, 2007 |
| Defendant's Reply Brief | Tuesday, September 25, 2007 |

Defendant Egyptian
American Steel Rolling Company

By: _____
    Freehill, Hogan & Mahar, LLP
    80 Pine Street
    New York, NY 10005-1759
    Michael E. Unger, Esq. (MU 0045)
    Lawrence J. Kahn, Esq. (LK 5215)

Plaintiff Centramet Trading S.A.

By: _____
    Watson, Farley & Williams, (New York) LLP
    100 Park Avenue, 31st Floor
    New York, NY 10017
    Alfred E. Yudes, Esq.(AEY-4152)
    Neil A. Quartaro, Esq. (NAQ-9640)

SO ORDERED

_Richard M. Berman_
Hon. Richard M. Berman, D.S.D.J.
9/14/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

19092049-v1