Borman, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Judge Berman

07 CIV 6379

CENTRAMET TRADING S.A.,

       Plaintiff,

- against -

EGYPTIAN AMERICAN STEEL ROLLING COMPANY,

       Defendant,

**ORDER DIRECTING CLERK ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT; APPOINTING PERSON TO SERVE PROCESS PURSUANT TO RULE 4(C); AND SETTING SCOPE OF SERVICE**

  Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the **12TH** day of July 2007, and the Affidavit of Neil A. Quartaro, sworn to on the same day, that to the best of his information and belief Defendant Egypt American Steel Rolling Company (hereinafter "EASR"), cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1) and in support of an order appointing a special process server pursuant to Rule 4(c), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist, and good cause having been shown,

  NOW, upon motion of Watson, Farley & Williams (New York) LLP, attorneys for the Plaintiff, it is hereby

  **ORDERED** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of the Defendant, as described therein, including but not limited to any property of the Defendant such as any cash, funds, escrow funds, debts, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or other assets of, belonging to, due or being transferred to, from, or for the benefit of the Defendant, funds, escrow funds, credits, debts, wire transfers, electronic fund transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other assets of, belonging to, due or being transferred to, from, or for the benefit of Defendant EASR, (collectively hereinafter,

1

19090248 v1

"ASSETS"), including but not limited to such ASSETS as may be held, received, or transferred in its own name or as may be held, received or transferred for its benefit at, through, or within the possession, custody or control of ABN Amro, American Express Bank, Atlantic Bank of New York, Bank of America, BNP Paribas, Citibank, Deutsche Bank Trust Co., HSBC, HSBC USA Bank NA, JPMorgan Chase Bank, Standard Chartered Bank, The Bank of New York, and/or Wachovia Bank, together with any such ASSETS as may be held by any other garnishee(s) on whom a copy of this Order of Attachment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable **Richard M. Berman**, United States District Judge of said Court, this 12th day of July 2007, ~~and of our Independence the two hundred and thirtieth~~.

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

19090248 v1