Our reference: 20972.50001/19095401 v1

**Watson, Farley & Williams (New York) LLP**
100 Park Avenue
New York, New York 10017
Tel (212) 922 2200
Fax (212) 922 1512
Direct (212) 922 2214
Email nquartaro@wfw.com

January 29, 2008

MEMO ENDORSED
P2

**BY POST**
Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, NY 10007



Re: **Centramet v. Egyptian American Steel Rolling Company**
   **07civ6379(RMB)**
   **CASE STATUS UPDATE**

Dear Judge Berman:

Pursuant to Your Honor's request, Centramet, the Plaintiff in the above-referenced action, writes to provide an update. By way of background, this matter is a Rule B attachment in aid of a U.K. arbitration. Attached, please find a fax letter sent to both parties by the arbitrator, as well as a draft arbitration timetable, which contains the information requested by the Court.

Plaintiff agrees with the Court's suggestion that this matter be placed on the suspense docket, pending the resolution of the matter in the U.K. Arbitration.

Cognizant of the Court's request that the update be submitted jointly, Counsel for Defendant, Egyptian American Steel Rolling Company, was notified of the Court's request for an update and suggestion regarding placing the matter on the suspense docket. No response or input has been received by the undersigned.

Please let us know if the Court requires any further information.

Very truly yours,

Neil A. Quartaro

W/Enc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

London • Athens • Paris • New York • Singapore • Bangkok • Rome • Hamburg

Watson, Farley & Williams (New York) LLP is a limited liability partnership registered in England and Wales with registered number OC312253. It is regulated by the Solicitors Regulation Authority and its members are solicitors or registered foreign lawyers. A list of members of Watson, Farley & Williams (New York) LLP and their professional qualifications is open to inspection at the above address. Any reference to a 'partner' means a member of Watson, Farley & Williams (New York) LLP, or a member or partner in an affiliated undertaking, or an employee or consultant with equivalent standing and qualification.

Watson, Farley & Williams (New York) LLP or an affiliated undertaking has an office in each of the cities listed above.

Hon. Richard M. Berman, U.S.D.J.
January 29, 2008                                                                                    Page   2


Cc:    **BY POST**
       Freehill, Hogan & Mahar, LLP
       80 Pine Street
       New York, NY 10005-1759
       Attn.:  Michael E. Unger, Esq.
               Lawrence J. Kahn, Esq.

> The Clerk is respectfully requested to place this motion on the suspense calendar.
>
> SO ORDERED:
> Date: 1/30/08
> Richard M. Berman, U.S.D.J.

19095401 v1